458 A.2d 287

Yoder, Appellant v. Smith.

Submitted June 17, 1982. David E. Holland, for appellant; Edward James Lucht, for appellee. Before BROSKY, JOHNSON and MONTGOMERY, JJ. The consolidated order of November 25, 1981 is affirmed.